379 A.2d 604

Commonwealth v. Raybuck, Appellant.

Submitted November 8, 1976. Kenneth G. Valasek and Frederick L. John, II, Assistant Public Defenders, for appellant; James H. Owen, Assistant District Attorney, and Joseph A. Nickleach, District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAETH, J., dissents.

379 A.2d 605

Commonwealth v. Reich, Appellant.

Submitted September 22, 1976. Edward F. Browne, Jr., Assistant Public Defender, for appellant; Ronald L. Buckwalter, First Assistant District Attorney, and D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Order affirmed.